**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**MARINA RAKHMAN**

                Plaintiff,        20 cv 10135 (JGK)

                                      <u>ORDER</u>

    - against -

**AMAZON.COM LLC,**

                Defendant.

**JOHN G. KOELTL, District Judge:**

    The parties should submit a Rule 26(f) report by **December 22, 2020.**

    **SO ORDERED.**

**Dated:**    **New York, New York**
            **December 10, 2020**         <u>/s/ John G. Koeltl</u>
                                                      John G. Koeltl
                                      **United States District Judge**