UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

MARINA RAKHMAN,

                             **Plaintiff,**

             -against-

AMAZON.COM LLC,

                             **Defendant.**
-----------------------------------------------------------------X

20-CV-10135 (JGK)(SN)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/13/2022

**SARAH NETBURN, United States Magistrate Judge:**

      On January 11, 2022, the Honorable John G. Koeltl referred this case to my docket for general pretrial management. ECF No. 19. A call is scheduled for Wednesday, January 19, 2022, at 10:30 a.m. At that time the parties should dial into the Court's dedicated teleconferencing line at (877) 402-9757 and enter Access Code 7938632, followed by the pound (#) key. If this date is unavailable for any party, they must contact Courtroom Deputy Rachel Slusher immediately at (212) 805-0286.

**SO ORDERED.**

                                                                           _____
                                                                           SARAH NETBURN
                                                                           United States Magistrate Judge

DATED:     New York, New York
                  January 13, 2022