USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/1/2022

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**-----------------------------------------------------------------X**

**MARINA RAKHMAN,**

**Plaintiff,**

**-against-**

**AMAZON.COM LLC,**

**Defendant.**

**-----------------------------------------------------------------X**

**20-CV-10135 (JGK)(SN)**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

On January 19, 2022, a conference was held to address the discovery disputes raised in the Plaintiff's letter to the Court. ECF No. 18. Defendant's counsel is directed to consult with Defendant and confirm that it has produced all documents that reflect its business relationship with the seller, particularly what payment Amazon receives from transactions between customer and the seller. In addition, counsel should confirm that Defendant has produced all correspondence with the seller and manufacturer. If any documents remain, Defendant is ORDERED to produce them no later than February 2, 2022.

The parties are further ordered to meet and confer about the redactions in the documents previously produced. If the parties cannot reach agreement, Plaintiff shall file a letter with the Court no later than February 2, 2022, detailing her objections. Defendants shall reply by no later than February 4, 2022.

Lastly, by January 24, 2022, Plaintiff shall serve Defendant with notice of a deposition pursuant to Rule 30(b)(6). That deposition shall be completed by no later than February 18, 2022.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED: New York, New York
February 1, 2022