```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/17/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

MARINA RAKHMAN,

                                  Plaintiff,                        20-CV-10135 (JGK)(SN)

      -against-                                                **ORDER**

AMAZON.COM LLC,

                                Defendant.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

On February 16, 2022, the parties reached a settlement agreement in principle. All deadlines are ADJOURNED. By April 18, 2022, Plaintiff shall file a letter on the status of the Surrogate Court's approval of the agreement.

**SO ORDERED.**

                                                         _____
                                                         SARAH NETBURN
                                                         United States Magistrate Judge

DATED:     New York, New York
               February 17, 2022