```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/21/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

MARINA RAKHAM,

                              **Plaintiff,**                      20-CV-10135 (JGK)(SN)

        -against-                                           **ORDER**

AMAZON.COM LLC,

                              **Defendant.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       On April 21, 2022, the parties were ordered to file a joint letter updating the Court of the status of proceedings in the Surrogate Court every 90 days. ECF No. 31. As of today, no such letter has been filed. The parties are once again ORDERED to file a letter informing the Court about the status of proceedings no later than October 28, 2022.

**SO ORDERED.**

                                                                                  SARAH NETBURN
                                                                                 United States Magistrate Judge

DATED:      New York, New York
                October 21, 2022