UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

MARINA RAKHMAN,

                        Plaintiff,

        -against-

AMAZON.COM LLC,

                        Defendant.

-------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/17/2023

20-CV-10135 (JGLC)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

        On April 21, 2022, the parties were ordered to file a joint letter updating the Court of the status of proceedings in the Surrogate Court every 90 days. ECF No. 31. The parties most recently filed a status letter on July 17, 2023, and accordingly, a status letter was due on October 15, 2023. As of today, no such letter has been filed. The parties are ordered to file a letter informing the Court about the status of proceedings no later than October 23, 2023.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:    New York, New York
                October 17, 2023