UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

MARINA RAKHMAN,

                      Plaintiff,              20-CV-10135 (JGLC)(SN)

     -against-                            <u>ORDER</u>

AMAZON.COM LLC,

                      Defendant.

-------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       On April 21, 2022, the parties were ordered to file a joint letter updating the Court of the status of proceedings in the Surrogate Court every 90 days. ECF No. 31. The parties most recently filed a status letter on January 17, 2024, and accordingly, a status letter was due on April 16, 2024. As of today, no such letter has been filed. The parties are ordered to file a letter informing the Court about the status of proceedings no later than April 26, 2024.

**SO ORDERED.**

_SARAH NETBURN_
United States Magistrate Judge

DATED:    New York, New York
               April 19, 2024

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/19/2024