```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/20/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

MARINA RAKHMAN,

                  Plaintiff,

       -against-

AMAZON.COM LLC,

                  Defendant.

-----------------------------------------------------------------X

20-CV-10135 (JGLC)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

      On April 21, 2022, the parties were ordered to file a joint letter updating the Court of the status of proceedings in the Surrogate Court every 90 days. ECF No. 31. The parties most recently filed a status letter on June 20, 2024, and accordingly, a status letter was due on September 18, 2024. As of today, no such letter has been filed. The parties are ordered to file a letter informing the Court about the status of proceedings no later than September 27, 2024.

**SO ORDERED.**

                                                                                   */s/ Sarah Netburn*
                                                                   SARAH NETBURN
                                                                   United States Magistrate Judge

DATED:     New York, New York
                September 20, 2024