UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MARINA RAKHMAN, as Administratrix of the Estate of INNA PANTAYLOR, and MARINA RAKHMAN, Individually,

                Plaintiff,

-against-

AMAZON.COM, LLC,

                Defendant.

20-CV-10135 (JGLC)

**ORDER**

---

JESSICA G. L. CLARKE, United States District Judge:

On April 19, 2022, Plaintiff submitted a petition to the Bronx County Surrogate's Court to approve the settlement in this matter. ECF No. 30. The Surrogate's Court issued a decree approving the settlement on November 22, 2024. ECF No. 50-1. In an action for wrongful death, Rule 83.2(b) of the Local Civil Rules of the Southern District of New York and New York State law require the Court to issue final approval of the settlement. Local Civ. R. 83.2(b)(1)–(2); N.Y. Est. Powers & Trusts L. § 5-4.6. Accordingly, the Court APPROVES the settlement as decreed by the Surrogate's Court at ECF No. 50-1. Plaintiff may execute and deliver the necessary settlement releases and closing paperwork. The Clerk of Court is directed to CLOSE the case.

Dated: December 11, 2024
       New York, New York

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge